UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
2:13-cv-14127-NGE-DRG

RHODERICK T. FONEY,

                            Plaintiff,

-vs.                                             Hon. Nancy G. Edmunds

COMMERCIAL RECOVERY SYSTEMS, INC.,

                            Defendant.
_____/

### ORDER OF DISMISSAL

Based on the NOTICE OF DISMISSAL WITHOUT PREJUDICE filed by the Plaintiff herein, this Court hereby orders that the Complaint against the Defendant, shall be, and herewith is, dismissed without prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: July 9, 2014                    s/ Nancy G. Edmunds
                                                  Hon. Nancy G. Edmunds
                                                  United States District Court